## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES VILES | No. 1:23-cr- |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
False Statements Made to a Federal Firearms Licensee
(18 U.S.C. § 924(a)(1)(A))

On about June 13, 2018, June 18, 2018, and June 20, 2018, in the District of Maine, the defendant,

## CHARLES VILES,

knowingly made false statements and representations to a Federal Firearms Licensee ("FFL") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL's records. Specifically, the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in connection with his purchases of firearms as follows:

| FFL & Location | Execution Date | Purchase Date | Firearm Details |
|---|---|---|---|
| FFL 1, Palmyra, ME | June 13, 2018 | June 13, 2018 | Hi Point C9 9mm Pistol, serial number P10037169 |
| FFL 1, Palmyra, ME | June 18, 2018 | June 18, 2018 | Hi Point C9 9mm Pistol, serial number P10037168 |
| FFL 1, Palmyra, ME | June 20, 2022 | June 20, 2018 | Hi Point C9 9mm Pistol, serial number P10037161 |

In the Form 4473, the defendant misrepresented as true, correct, and complete in Section B, Box 21.a, that he was the actual transferee/buyer of a firearm listed on the form, when in fact, the defendant was acquiring the firearms on behalf of another person.

Thus, the defendant violated Title 18, United States Code, Section 924(a)(1)(A).

DARCIE N. MCELWEE
United States Attorney

Date:  June 9, 2023

/s/ **Andrew McCormack**
Andrew McCormack
Assistant United States Attorney